| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Walter F. Gavigan, Esquire (WG-9633) |
| GRUCCIO, PEPPER, DESANTO & RUTH, PA |
| 817 East Landis Avenue, PO Box 1501 |
| Vineland, NJ 08362 |
| Telephone: (856) 691-0100 |
| Fax: (856) 691-3302 |
| Attorney for The Landis Sewerage Authority, a Priority and Secured Creditor |

Order Filed on October 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

MARITZA VASQUEZ

Case No.: 15-17275

Chapter: 13

Hearing Date: _____

Judge: A.B. ALTENBURG, JR.

**CONSENT ORDER ALLOWING ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503(b) AND PERMITING DEBTOR(S) TO FILE A MODIFIED PLAN**

The relief set forth on the following pages is hereby ORDERED.

**DATED: October 24, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 15-17275-ABA    Doc 23    Filed 10/26/16    Entered 10/27/16 00:34:30    Desc Imaged
          Certificate of Notice    Page 2 of 3
Case 15-17275-ABA    Doc 20-2    Filed 10/14/16    Entered 10/14/16 14:22:27    Desc
          Proposed Order    Page 2 of 2

Page 2 of 2

**Debtor:** Maritza Vasquez
**Case No.:** 15-17275-ABA
**Caption of Order:** CONSENT ORDER ALLOWING ADMINISTRATIVE CLAIM BY LSA AND MODIFIED PLAN

It is on this _____ day of _____, 2016 ORDERED and ADJUDGED The Landis Sewerage Authority may file an administrative expense claim.

Debtor(s) shall file a modified plan within ten (10) days of the date of this Order.

The undersign hereby consent to the provisions outlined in the within Consent Order.

GRUCCIO PEPPER DESANTO & RUTH, PA
By: _____
Walter F. Gavigan, Esquire
Attorney for The Landis Sewerage Authority

By: _____
John Amenhauser, Esquire
Attorney for Debtor

END OF ORDER

United States Bankruptcy Court
District of New Jersey

In re:  
Maritza Vasquez  
     Debtor

Case No. 15-17275-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2016  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.  
db          +Maritza Vasquez,    812 Grape Street,    Vineland, NJ 08360-4729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Joshua I. Goldman     on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Seymour   Wasserstrum    on behalf of Debtor Maritza   Vasquez mylawyer7@aol.com,    ecf@seymourlaw.net  
         Walter F. Gavigan, Jr.    on behalf of Creditor    The Landis Sewerage Authority  
           wgavigan@grucciopepper.com,    jlynch@grucciopepper.com  
                                                                                                                                      TOTAL: 5