Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−17275−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maritza Vasquez
   aka Maritza Vazquez
   812 Grape Street
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−0617

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 28, 2015.

On 11/7/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                December 14, 2016
Time:                 10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 8, 2016
JJW: lgr

                                                                                James J. Waldron
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-17275-ABA
Maritza Vasquez                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Nov 08, 2016
                              Form ID: 185             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db         +Maritza Vasquez,    812 Grape Street,    Vineland, NJ 08360-4729
515460915  +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
515460916  +City Of Vineland,    640 E Wood St,    Vineland, NJ 08360-3713
515641237   Equity Trust Company,    PO Box 16354,    Rochester NY 14616-0354
515636145  +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
             Ewing, NJ 08618-1430
515460921   Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
             Trenton, NJ  08625-0112
515460923  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State Of New Jersey,    Divison Of Taxes,    P.O. Box 245,
             Trenton, NJ   08695)
516460496  +The Landis Sewerage Authority,    817 E. Landis Avenue,    Vineland NJ 08360-8002
516459551  +The Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2016 22:54:50      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2016 22:54:47      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515460920  +E-mail/Text: cio.bncmail@irs.gov Nov 08 2016 22:54:19      Internal Revenue Service,
             1601 Market Street,    Philadelphia, PA 19103-2309
515460922  +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2016 22:52:09
             Pinnacle Credit Services,    RE: Verizon,    PO Box 640,   Hopkins, MN 55343-0640
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +The Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200
515460917* ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,    PO Box 724,    Springfield, NJ  07081)
515460919*  Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
             Springfield, NJ  07081-0744
515460918* +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                         TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Seymour Wasserstrum    on behalf of Debtor Maritza  Vasquez mylawyer7@aol.com, ecf@seymourlaw.net
          Walter F. Gavigan, Jr.    on behalf of Creditor    The Landis Sewerage Authority
           wgavigan@grucciopepper.com, jlynch@grucciopepper.com
                                                                                             TOTAL: 5