**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 15-17275 |
|---|---|---|
| Maritza Vasquez | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | ABA |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg, Jr , United States Bankruptcy Judge.

**Reason for Hearing:**  Objection to Trustee's Certification of Non-Payment

**Location of Hearing:**  Courtroom No.  4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**  July 21, 2017 @ 9:00AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 6/8/2017

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on  6/8/ , 20 17  this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Maritza Vasquez  
     Debtor

Case No. 15-17275-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 08, 2017  
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.  
db         +Maritza Vasquez,    812 Grape Street,    Vineland, NJ 08360-4729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency  
         jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Seymour  Wasserstrum    on behalf of Debtor Maritza  Vasquez mylawyer7@aol.com,  
         ecf@seymourlaw.net;r47769@notify.bestcase.com  
        Walter F. Gavigan, Jr.    on behalf of Creditor    The Landis Sewerage Authority  
         wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com  
                                                                     TOTAL: 6