# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−17275−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maritza Vasquez
   aka Maritza Vazquez
   812 Grape Street
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−0617

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On 8/2/17 a Notice of Chapter 7 Bankruptcy Case was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Meeting of Creditors Location: Office of the US Trustee, 1085 Raymond Blvd, One Newark Center, Suite 1401, Newark, NJ 07102

Corrected to state:
Meeting of Creditors Location: Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101

The amendment of this notice does not affect deadlines that have been previously set.

Dated: August 10, 2017
JAN: ld

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-17275-ABA
Maritza Vasquez                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Aug 10, 2017
                               Form ID: 196             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db         +Maritza Vasquez,    812 Grape Street,    Vineland, NJ 08360-4729
515460915  +Cenlar Mortgage,    PO Box 77404,   Ewing, NJ 08628-6404
515460916  +City Of Vineland,    640 E Wood St,    Vineland, NJ 08360-3713
515641237   Equity Trust Company,    PO Box 16354,    Rochester NY 14616-0354
515636145  +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,   425 Phillips Blvd,
             Ewing, NJ 08618-1430
515460921   Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
             Trenton, NJ  08625-0112
515460923  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State Of New Jersey,    Divison Of Taxes,    P.O. Box 245,
             Trenton, NJ  08695)
516460496  +The Landis Sewerage Authority,    817 E. Landis Avenue,    Vineland NJ 08360-8002
516459551  +The Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2017 23:09:21     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2017 23:09:17     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515460920  +E-mail/Text: cio.bncmail@irs.gov Aug 10 2017 23:08:48     Internal Revenue Service,
             1601 Market Street,    Philadelphia, PA 19103-2309
515460922  +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2017 23:13:25
             Pinnacle Credit Services,    RE: Verizon,   PO Box 640,   Hopkins, MN 55343-0640
                                                                                             TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +The Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200
515460917* ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,    PO Box 724,   Springfield, NJ  07081)
515460919*  Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
             Springfield, NJ  07081-0744
515460918* +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Seymour Wasserstrum    on behalf of Debtor Maritza Vasquez mylawyer7@aol.com, ecf@seymourlaw.net
              Walter F. Gavigan, Jr.    on behalf of Creditor    The Landis Sewerage Authority
               wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Aug 10, 2017
                               Form ID: 196               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 6