UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                      Case No.:   15-17275-ABA
                                            Chapter:    vchChapter
Maritza Vasquez                             Judge:      Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on November 7, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$65,000.00  812 Grape Street Vineland, NJ 08360

Liens on property:

$41,068.24 Cenlar Mortgage

$21,990.00  City of Vineland

Amount of Equity claimed as exempt:

0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 15-17275-ABA
Maritza Vasquez                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin         Page 1 of 2         Date Rcvd: Oct 04, 2017
                       Form ID: pdf905      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
```
db           #+Maritza Vasquez,    812 Grape Street,    Vineland, NJ 08360-4729
515460915     +Cenlar Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
515460916     +City Of Vineland,    640 E Wood St,    Vineland, NJ 08360-3713
515641237      Equity Trust Company,    PO Box 16354,    Rochester NY 14616-0354
515636145     +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
515460921      Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                Trenton, NJ  08625-0112
515460923    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   State Of New Jersey,    Divison Of Taxes,    P.O. Box 245,
                Trenton, NJ   08695)
516460496     +The Landis Sewerage Authority,    817 E. Landis Avenue,    Vineland NJ 08360-8002
516459551     +The Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2017 22:51:29      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 22:51:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515460920     +E-mail/Text: cio.bncmail@irs.gov Oct 04 2017 22:51:11      Internal Revenue Service,
                1601 Market Street,    Philadelphia, PA 19103-2309
515460922     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2017 22:52:27
                Pinnacle Credit Services,    RE: Verizon,    PO Box 640,    Hopkins, MN 55343-0640
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +The Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200
515460917*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    PO Box 724,    Springfield, NJ  07081)
515460919*     Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                Springfield, NJ  07081-0744
515460918*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Oct 04, 2017
                              Form ID: pdf905           Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Maritza  Vasquez mylawyer7@aol.com, ecf@seymourlaw.net
              Walter F. Gavigan, Jr.    on behalf of Creditor    The Landis Sewerage Authority
               wgavigan@grucciopepper.com, jlynch@grucciopepper.com;r53898@notify.bestcase.com
                                                                                             TOTAL: 7
```