UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maritza Vasquez

Case No.: 15-17275

Hearing Date: _____

Judge: ABA

Chapter: 7

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on ___11/27/2017___ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: _Closed Prematurely_____
  _Financial Management was not due_____
  _until 12/21/2017_____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*